September 10, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

BENNETT KEITH O'BANNON, Appellant

NO. 14-12-00653-CR                     V.

THE STATE OF TEXAS, Appellee

_____

 This cause was heard on the transcript of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is **REFORMED**, to delete the specific amount of costs assessed and to reflect jail time credited from July 8, 2011 to July 11, 2012.

 The Court orders the judgment **AFFIRMED** as **REFORMED**.

 We further order this decision certified below for observance.